**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

HERNANDO HALEY                                    CIVIL ACTION NO. 06-1039-P

VERSUS                                            JUDGE S. MAURICE HICKS, JR.

WARDEN WINN CORRECTIONAL              MAGISTRATE JUDGE HORNSBY
CENTER

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate

Judge previously filed herein, and having thoroughly reviewed the record, including the

written objections filed, and concurring with the findings of the Magistrate Judge under the

applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED**, and

Petitioner's complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 20th day of April,

2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE