UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **HERNANDO HALEY** | **CIVIL ACTION NO. 5:06CV1039** |
| **VERSUS** | **JUDGE HICKS** |
| **WARDEN WINN CORRECTIONAL CENTER** | **MAGISTRATE JUDGE HORNSBY** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 6th Day of May, 2009.

_____
S. Maurice Hicks, Jr.
UNITED STATES DISTRICT JUDGE